# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HARDEEP SINGH,<br>Defendant. | Case No. 1:26-mj-00083-SAB<br><br>ORDER THAT CASH BOND BE TRANSFERRED TO CENTRAL DISTRICT OF CALIFORNIA |

On July 10, 2026, Defendant Hardeep Singh was granted a delayed release until the posting of a $30,000 cash bond and released subjected to conditions. Defendant was also ordered to report to the United States District Court for the Central District of California for further proceedings. On July 13, 2026, a cash bond of $30,000.00 was posted as to Hardeep Singh. (ECF No. 7.) On July 14, 2026, this Court transferred relevant documents to the Central District of California. (ECF No. 10.)

Given that Defendant's case is now pending before the Central District of California, the Court orders the Clerk of the Court to transfer the $30,000.00 cash bond to the Central District of California.

IT IS SO ORDERED.

Dated: **August 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge